HOWARD SMITH, Respondent, v. ARTHUR C. STALLMAN, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to change the place of trial from Onondaga County to Tompkins County.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

MARY PERRY, Respondent, v. HART'S FOOD STORES, INC., et al., Appellants.— Order reversed on the law and facts, with $10 costs and disbursements, and motion granted, without costs, on the ground that in denying the motion the Special Term abused its discretion. All concur. (The order denies a motion by defendants for dismissal of plaintiff's complaint for laches in an action for damages for malicious prosecution and false arrest.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See *post*, p. 1056.]

MAE L. ANDERSON, Respondent, v. HELEN P. BROWN, Individually and as Executrix of ELMER S. ANDERSON, Deceased, Appellant.— Order affirmed, without costs of this appeal to either party. Memorandum: In view of the disposition herein made, we do not at this time determine whether the six-year or the ten-year Statute of Limitations applies. That question may be raised again when the real situation is disclosed from the pleadings or by facts appearing upon the trial. (See *Goldstein* v. *Schachne*, 261 App. Div. 922; *Hurley* v. *Hurley*, 266 App. Div. 701.) All concur. (The order denies defendant's motion to dismiss plaintiff's complaint in an action to declare a quitclaim deed null and void.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

HAZEL L. REGAN, as Administratrix of the Estate of JAMES J. REGAN, Deceased, Appellant, v. MARINE TRUST COMPANY OF BUFFALO et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies plaintiff's motion to restore the action to the trial calendar.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

MARY A. MINEO, an Infant, by Her Guardian ad Litem, JOSEPH MINEO, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action.) Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ.

JOSEPH MINEO, Respondent, v. CITY OF SYRACUSE, Appellant.— Judgment reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $1,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is affirmed, without costs of this appeal to either party. All concur. (The judgment is for